William A. Masters, II
18929 Vanowen St.
Reseda, CA 91335
818-325-9895
Wmandrews81@gmail.com



**FILED**
CLERK, U.S. DISTRICT COURT

8/20/20

CENTRAL DISTRICT OF CALIFORNIA
BY: __CS_____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

CV20-7695-GW(JPRx)

**WILLIAM A. MASTERS, II**          )   Case No.
             Pro Se Plaintiff          )
vs.          )   **COMPLAINT FOR:**
                       )   **MAIL AND WIRE FRAUD**
**BOARD OF DIRECTORS OF**          )   **BREACH OF TRUST**
**EXXON MOBIL CORPORATION**          )   **AND BAD FAITH BY THE**
          Defendants          )   **BOARD OF DIRECTORS OF**
_____ )   **EXXON MOBIL CORP**

Date:
Time:
Courtroom:
Judge:
Hearing Date:
Action filed:  August 19, 2020

## TABLE OF CONTENTS

1.  Table of Contents.......................................................... Page i

2.  Legislation........................................................................ " iii

3.  Table of Authorities....................................................... " iii

4.  Introduction................. .......................................................... " 1

5.  Jurisdiction................................................................... " 4

6.  Venue............................................................................ " 5

7.  Parties........................................................................... " 5

8.  First Cause of Action.................................................... " 6

9.  Second Cause of Action................................................ " 6

10. Legislation.................................................................... "7

11. Controlling Case Law. ..................................................... " 8

12. Statement of attempt to secure actions of The Board.................. " 14

13. History of the "Greenhouse Effect"................................................. " 16

14. 1800 a.d., Astronomer Sir William Herschel Discovers IR. ............ " 16

15. On The Influence of Carbonic Acid in the Air Upon the

    Temperature of the Ground........................................................ " 19

MASTERS v EXXON
ORIGINAL

16. Argument.................................................................. " 24

17.    Foraminifera, Nature's Thermometer.................................... " 24

18.    Exhibit A, 60,000,000 Years of Foram Data.......................... " 26

19.    Milankovitch Cycles, Why We are Getting Hot.................. " 30

20.    The Opacity of the Earth's Atmosphere............................... " 33

21.    Insulating Gases, What They Do For You............................. " 36

22.    The Quantum Vibrational State........................................... " 37

23.    Quantum Physics and the Easybake Oven.......................... " 38

24.    Absorption of Sun Heat...................................................... " 39

25.    Your Oven As A Sun............................................................ " 41

26.    What Is the Real Greenhouse Effect................................... " 42

27.    The Stefan-Boltzmann Law.................................................. " 43

28.    Clouds, They Are Insulators Too You Know......................... " 45

29.    Summation............................................................................ " 46

30.    Relief Requested.................................................................. " 46

## LEGISLATION

18 U.S.C.A. SUBSECTION 1341,    FRAUDS AND SWINDLES.

CHAPTER 63-MAIL FRAUD............................................................... " 7

MASTERS v EXXON
ORIGINAL

18 U.S.C.A. SUBSECTION 1343,   FRAUD BY WIRE, RADIO, OR

TELEVISION........................................................................ Page 8

## TABLE OF AUTHORITIES

McClellan v Cantrell, 217 F.3d 890...................................................... " 8

Fry v UAL Corp., 84 F3d 936, cert. den. 117 S.Ct. 447, 519 U.S. 987,

     136 L.Ed.2d 343............................................................ " 9

Howell v Courtesy Chevrolet, Inc. (1971, 2nd Dist) 16 Cal.App.3d 391,

     94 Cal.Rptr. 33............................................................ " 9

J.C. Millett Co. v Park & Tilford Distillers Corp. (1954 DC Cal),

     123  F.Supp. 484.......................................................... " 9

French v Freeman (1923) 191 Cal. 579, 217 P. 515............................. " 10

Breceda v Gamspby (1968, 3rd Dist.) 267 Cal.App 2d 167,

     72 Cal.Rptr. 832 ......................................................... " 10

Hawkins v Fielder (1957, 2d Dist.) 150 Cal.App. 2d 528, 310 P2d 23... " 10

Hodgeson v Brant (1958 4th Dist) 156 Cal.App. 2d 610, 319 P2d 684..." 11

Pohl v Mills (1933) 218 Cal 641, 24 P2d 476.......................................... " 11

Ach v Finkelstein (1968, 2nd Dist.) 264 Cal.App. 2d 667,

     70 Cal.Rptr. 472 .......................................................... " 11

iii

United States v. Azad, 809 F.2d 291, cert den 107 S.Ct. 1626............ "   12

United States v. Rendini, 738 F.2d 530................................................ "   12

United States v. McClelland, 868  F.2d 704......................................... "   12

United States v. King, 860 F.2d 54, cert den 109 S.Ct. 2062.............."   12

United States v. Cen-Card Agency.C.C.A.C., 724 F.Supp. 313........... "  13

Todaro v. Orbit Intern. Travel Ltd. 755 F.Supp. 1229........................ "  13

United States v. Fermin Castillo, 829 F.2d 1194................................. "  13

MASTERS v EXXON
ORIGINAL

1                           **INTRODUCTION**

2          1.  Currently, there are over a dozen suits at law in state courts

3    around the country from Massachusetts to Hawaii against Exxon Mobil

4    Corporation.  These suits claim that Exxon is responsible for "climate

5    change" holding, against all scientific experiment and knowledge, that

6    Exxon Mobil's product "gasoline" and other fossil fuels, are being burnt

7    and so releasing Carbon-dioxide gas ($CO^2$), into the atmosphere, and this

8    added $CO^2$ is causing the earth to warm.

9          2.  The Board of Directors of Exxon Mobil Corporation (Herein

10   after called "The Board"), agrees with the Plaintiffs in the suits

11   referenced above.  On Exxon's website, in its publications, in their public

12   speeches, in physical mailings, and in electronic e-mails The Board

13   states that:

14   a.  There are gases in the atmosphere that absorb Infrared heat

15        photons which they falsely call "Greenhouse Gases".

16   b.  That $CO^2$ is one of these gases and that by adding carbon-dioxide

17        to the atmosphere by burning of fossil fuels, humans are

18        warming the planet because the additional gases, they claim,

19        "traps" heat in the Earth's atmosphere while denying that it is

20        blocking out the sun's heat greatly cooling the earth.

1                                                      MASTERS v. EXXON
                                                       ORIGINAL

1        c. That greenhouse gases only absorb outgoing Earth emitted heat

2            not incoming Sun heat.

3            3. Thus, The Board claims there are atoms of gas that are

4     transparent to incoming Sun heat, but opaque to outgoing Earth emitted

5     heat, which is an impossibility. Either an atom absorbs IR photons or it

6     doesn't. If a photon of the proper energy strikes an atom, then it will be

7     absorbed by the atom period! The direction of the photon's travel (up,

8     down, or sideways), is immaterial.

9            4. The Board is knowingly and maliciously committing Fraud and

10    defamation against Exxon Mobil Corporation when they use the phrase

11    "Climate Change" on their web sites, marketing, mailings, emails, in

12    their publications, in their public speeches, in their electronic mailings.

13    They are actually speaking about Anthropogenic, Carbon-dioxide

14    caused, Global Warming (AGW). Climate Change is real, it has been

15    happening for over four-billion years. AGW is not Climate Change, and

16    it is not real. Even if it were real it would be a subsystem of climate

17    change it is not the system of Climate Change itself. Thus, the statement

18    Climate Change used in place of AGW is Fraud as it misleads persons to

19    believe something that is false.

20           5. The Board is in violation of its fiduciary duty to protect the

2                                          MASTERS v. EXXON
                                               ORIGINAL

1   interests of Exxon Mobil and serve the interests of myself and the other

2   stockholders by refusing to defend Exxon Mobil from these suits, and

3   maliciously aid in spreading their falsehoods.

4       6. NASA satellite measurements, taken over the past decades,

5   have shown that as $CO^2$ amounts in the atmosphere have increased,

6   more of the Sun's heat is being absorbed by the earth's upper

7   atmosphere and is being radiated back out into space.  This is

8   preventing that heat from reaching the earth's surface; thus, the

9   additional $CO^2$ is in fact, further cooling the surface of the earth, not

10   warming it.   Currently just over 2/3rds of the Sun's heat is blocked out

11   by the infrared absorbing gases in the earth's atmosphere, making life

12   on this earth possible by protecting us from the harsh, life-destroying,

13   heat of the sun, as well as from its deadly ultra-violet radiation, X-rays,

14   and Gamma Rays.

15       7. Yet, The Board and the Plaintiffs in the above reference suits,

16   repeat the claim that "greenhouse gases" warm the earth by "15C/59F

17   degrees".  The pure idiocy of this claim is simply pointed out by noting

18   that if true, the earth at its average temperature of 71.9F degrees, is

19   receiving ONLY 12.9F degrees of heat from the sun (71.9 – 59 = 12.9F),

20   but radiates at 71.9F average temperature!

3                                                   MASTERS v. EXXON
                                                    ORIGINAL

1        8. The Board and others are claiming the earth gives off 4.5 times

2   more heat than the Sun sends in!  This violates the FIRST LAW OF

3   THERMODYNAMICS,  and The LAW OF CONSERVATION OF ENERGY,

4   and is scientifically impossible!  The earth cannot give off more heat

5   than it receives from the sun!  The outgoing heart of the earth MUST be

6   equal to the incoming heat of the sun.  The incoming sun's energy must

7   be conserved!  It cannot be destroyed, and it cannot be created by the

8   earth.

9        9. These "nuisance suits" in State Courts are attempts at extortion

10   of Exxon Mobil Corporation via fraud and defamations, simple and plan

11   as that!  Not one scientific experiment nor scientific paper supports the

12   believe that $CO_2$ is warming the earth, it is impossible.

13                      **JURISDICTION**

14        10.  This action is filed under Title 28 USC 1331, "federal

15   questions";

16   Title 18 USC 1001, Fraud: Statements or entries generally.

17   Title 18 USC 1037, Fraud and related activity in connection with the

18   electronic mail.

19   Title 18 USC 1341, Frauds and Swindles -Mail Fraud.

                                                  MASTERS v. EXXON
                                                         ORIGINAL

1    Title 18 USC 1343, Frauds by Wire, Radio, or Television.

2                               **VENUE**

3         11.  Venue is proper pursuant to 28 U.S.C. 1391 because the

4    Plaintiff resides in this District and the events giving rise to this

5    complaint happened in this district.

6                              **PARTIES**

7         12.  Plaintiff William A. Masters resides at 18929 Vanowen St.

8    Reseda, CA 91335.   I am a Peer Review Journal author in Physics and

9    Astro-physics.  I am, and have been, a Shareholder in Exxon Mobile

10   Corporation during the times that these false statements and extortions

11   have been occurring.

12        13.  Defendant the BOARD OF DIRECTORS FOR EXXON MOBIL

13   CORPORATION has their business address at 5959 Las Colinas

14   Boulevard, Irving, Texas 75039-2298 (972) 940-6000.   The Board

15   Members include: Susan K. Avery, Kenneth C. Frazier, Angela F. Braly,

16   Steven A. Kandarian, Ursula M. Burns, Douglas R. Oberhelman, Samuel J.

17   Palmisano, William C. Weldon, Steven S. Reinemund, and Darren W.

18   Woods.

19   ///

20   ///

1               **FIRST CAUSE OF ACTION**

2          14.  The Board has refused to take legal action against

3     defamations and harassing suits filed against Exxon Mobil Corporation

4     and so extortionate Exxon Mobile Corporation from the suits false

5     accusations.  Instead of fighting and protecting Exxon from these

6     Plaintiffs, The Board has proactively aided these fraudulent claims in

7     their reports, public statements, mailings, on their web site, and in legal

8     proceedings in these suits at law by lying about the effects of $CO_2$ upon

9     the atmosphere.

10              **SECOND CAUSE OF ACTION**

11         15.  The Board has made statements in its internal publications, in

12    publications directed to the shareholders, and in public which agree

13    with, and further the frauds being made by the Plaintiffs in the above

14    mention suits attacking Exxon Mobil.   The Board distributes these

15    frauds via the United States Postal Service, and over intestate wires as

16    digital communications and voice communications, and on television

17    and radio constituting mail and wire fraud, and fraud by radio and

18    television.

19         16.  The Board's Frauds are causing irreparable harm to Exxon

20    Mobil Corporation.   The Board's falsehoods have cause working

6                                              MASTERS v. EXXON
                                                   ORIGINAL

1    Americans to lose their jobs in the energy industry.  The World Bank has

2    begun to refuse to grant loans for oil exploration, harming future

3    business due to false claims of Global Warming from "greenhouse

4    gases".  There is no such thing as a "greenhouse gas" found in scientific

5    discovery.  The Board has harmed Exxon Mobil in a manner that may be

6    irreversible and permanent and in direct violation of their fiduciary

7    responsibilities.

8                            **<u>LEGISLATION</u>**

9    **18 U.S.C.A. SUBSECTION 1341,   FRAUDS AND SWINDLES.**

10   **CHAPTER 63-MAIL FRAUD.**

11        17.  "Whoever having devised or intending to devise any scheme

12   or artifice to defraud, or for obtaining money or property by means of

13   false or fraudulent pretenses, representations, or promises, or to sell,

14   dispose of, loan, exchange, alter, give away, distribute, supply, or furnish

15   or procure for unlawful use any counterfeit or spurious coin, obligation,

16   security, or other article, or anything represented to be or intimated or

17   held out to be such counterfeit or spurious article, for the purpose of

18   executing such scheme or artifice or attempting so to do, places in any

19   post office or authorized depository for mail matter, any matter or thing

20   whatever to be sent or delivered by the Postal Service, or takes or

7                                                                      MASTERS v. EXXON
                                                                         ORIGINAL

1    receives therefrom, any such matter or thing, or knowingly causes to be

2    delivered by mail according to the direction therein, or at the place at

3    which it is directed to be delivered by the person to whom it is

4    addressed, any such matter or thing, shall be fined not more than $1,000

5    or imprisoned not more than five years or both."

6    **18 U.S.C.A. SUBSECTION 1343,   FRAUD BY WIRE, RADIO, OR**

7    **TELEVISION.**

8        18. "Whoever having devised or intending to devise any scheme

9    or artifice to defraud, or for obtaining money or property by means of

10   false or fraudulent pretenses, representations, or promises, transmits or

11   causes to be transmitted by means of wire, radio, or television

12   communication in interstate or foreign commerce, any writings, signs,

13   signals, pictures, or sounds for the purpose of executing such scheme or

14   artifice, shall be fined not more than $1,000 or imprisoned not more

15   than five years, or both.

16                          **<u>CONTROLLING CASE LAW</u>**

17       19. McCLELLAN v. CANTRELL, 217 F.3d 890

18   ""Fraud" is a generic term, which is not limited to

19   misrepresentations and misleading omissions, but which

20   embraces all of the multifarious means which human ingenuity

8                                                    MASTERS v. EXXON
                                                         ORIGINAL

1   can devise and which are resorted to by one individual to gain

2   advantage over another by false suggestions or by suppression of

3   truth."

4        20.  FRY v. UAL. CORP. 84 F3d 936, cert. den. 117 S.Ct. 447,

5   519 U.S. 987, 136 L.Ed.2d 343.

6   "Duty not to make misrepresentations does not depend on

7   existence of fiduciary relationship."

8        21.  HOWELL v COURTESY CHEVROLET, INC. (1971, 2nd

9   Dist) 16 Cal.App. 3d 391, 94 Cal.Rptr. 33.

10  "If one asserts that a thing is true within his personal knowledge,

11  or makes a statement as of his own knowledge, or makes such an

12  absolute unqualified positive statements as implies knowledge on

13  his part, when in fact he has no knowledge whether his assertion

14  is true or false, and his statement proves to be false, he is as

15  culpable as if he had willfully asserted that to be true which he

16  knew to be false and he is equally guilty of fraud."

17       22. J.C. MILLETT CO. v. PARK & TILFORD DISTILLERS CORP.

18  (1954 DC Cal.) 123 F.Supp 484

MASTERS v. EXXON
ORIGINAL

1   "False statement make by one who does not have sufficient

2   information to justify making such statement is fraudulent even

3   though it is believed by the one making it."

4       23.  FRENCH v FREEMAN (1923) 191 Cal. 579, 217 P. 515

5   "Statement of what might otherwise be opinion, if based on

6   alleged facts, is statement of fact and not statement merely of

7   opinion."

8       24.  BRECEDA v. GAMSPBY (1968, 3rd Dist.) 267 Cal.App. 2d

9   167, 72 Cal.Rptr. 832.

10  "Misrepresentations of opinion are actionable when the declarant

11  holds himself out to be specially qualified; thus, a representation

12  by a party possessing or assuming to possess superior knowledge

13  or special information regarding the subject matter of the

14  representation, make to a party situated so that he may

15  reasonably rely on such supposed superior knowledge or special

16  information, will not be excused if it be false, though it might be

17  regarded as but the expression of an opinion if made by anther

18  person."

19      25. HAWKINS v FIELDER (1957, 2nd Dist.) 150 Cal.App. 2d

20  528, 310 P2d 423

MASTERS v. EXXON
ORIGINAL

1  "Suppression of fact by one who gives information of other facts

2  likely to mislead for want of fact concealed is fraud."

3      26.  HODGESON v BRANT (1958 4th Dist) 156 Cal.App. 2d

4  610, 319 P2d 684.

5  "If party speaks at all, he must make full and fair disclosure."

6      27. POHL v. MILLS (1933) 218 Cal 641, 24 P2d 476;

7  WICE v SCHILLING (1954) 124 Cal.App. 2d 735, 269 P2d 321.;

8  HODGESON v. BRANT (1958, 4th Dist) 156 Cal.App. 2d 610, 319

9  P2d 684.

10  "Though one may be under no duty to speak as to matter, if he

11  undertakes to do so, either voluntarily or in response to inquiries,

12  he is bound not only to state truly what he tells but also not to

13  suppress or conceal any facts within his knowledge which

14  materially qualify those stated."

15      28. ACH v. FINKELSTEIN (1968, 2nd. Dist) 264 Cal.App. 2d

16  667, 70 Cal Rptr. 472.

17  "In its broad, general sense, the concept of fraud embraces

18  anything which is intended to deceive, including all statements,

19  acts, concealments and omissions involving a breach of legal or

11

MASTERS v. EXXON
ORIGINAL

1    equitable duty, trust or confidence, which results in injury to one

2    who justifiably relies thereon."

3          29.  UNITED STATES v. AZAD, 809 F.2d 291, cert den 107

4    S.Ct. 1626.

5    "A false statement is at the foundation of a violation of false

6    statement stature, while scheme to defraud and use of mails are

7    essential for conviction under mail fraud statute."

8          30. UNITED STATES v. RENDINI, 738 F.2d 530.

9    "This section was enacted by Congress to protect integrity of

10    mails by making it a crime to use them to implement fraudulent

11    schemes of any kind, including use of mails to implement

12    fraudulent schemes directed at state agency."

13          31.  UNITED STATES v. McCLELLAND, 868 F.2d 704.

14    "Each separate use of the mails to further a scheme to defraud is a

15    separate offense."

16          32.  UNITED STATES v. KING, 860 F.2d 54, cert den 109

17    S.Ct. 2062.

18    "Validity of mail fraud conviction does not hinge upon showing of

19    actual loss by intended victim, it is enough that defendant

12                                          MASTERS v. EXXON
                                                         ORIGINAL

1   knowingly devised scheme to defraud and cause use of mails in

2   furtherance of scheme."

3       33.  UNITED STATES v. CEN-CARD AGENCY/C.C.A.C.,

4   724 F.Supp. 313.

5   "Government may establish intent in mail fraud and wire fraud

6   statute simply by showing that defendant made material

7   misrepresentation of fact with reckless disregard to their truth or

8   falsity."

9       34.  TODARO v. ORBIT INTERN.  TRAVEL LTD,

10  755 F.Supp. 1229.

11   "Fraudulent mailings and communications need not have been

12  directly or personally performed by the defendant in order to

13  violate the mail fraud and wire fraud statutes as RICO Act

14  predicate acts, rather it is sufficient that defendant knew that use

15  of interstate mail and wire service was a reasonable foreseeable

16  consequence of its scheme."

17      35.  UNITED STATE v. FERMIN CASTILLO, 829 F.2d 1194.

18   "Each use of wires pursuant to criminal scheme to defraud

19  constitutes separate and independent crimes punishable under

20  wire fraud statute."

13                                              MASTERS v. EXXON
                                                ORIGINAL

1    **STATEMENT OF ATTEMPT TO SECURE ACTIONS OF THE BOARD OF**

2    **DIRECTORS OF EXXON MOBIL.**

3        36.  On December 28, 2019, I, William A. Masters II, served via U.S.

4    Certified Mail upon the Board of Directors of Exxon Corporation as

5    required by the New Jersey Corporations and Business Code Rule

6    N.J.S.A.14A:3-6, a Notice of Intention to file a Derivative Suit against the

7    Board of Directors for failing to take legal actions against third parties

8    that were Defaming Exxon Corporation, and against some of the parties

9    defaming Exxon Mobil.  I noted that this refusal to act was damaging the

10   Corporation and its share price and damaging its long-term business

11   and profits.  That this refusal to act was an Act of Bad Faith and Breach

12   of Trust.

13       37. Further, I noted that the Board, in defending the Corporation

14   from Nuisance suits filed against Exxon Mobil in State and Federal

15   Courts, that the Board agreed with the Plaintiff's claim of climate change

16   due to the burning of fossil fuels causing Global warming and risking a

17   "runaway greenhouse effect".  Claims that go directly against

18   established science since 1896.   In that letter I provided all scientific

19   data and argument provided herein.

1    38.  On March 19, 2020, I received written notice from the boards

2    Attorneys via Fed Ex Delivery that the Board was NOT going to take

3    actions writing:

4    "I write in response to your letter dated December 28, 2019 (the

5    "Demand Letter") to Exxon Mobil Corporation ("ExxonMobil" or the

6    "Company"). For the reasons summarized below, it has been determined

7    that it is not in the best interests of the Company and its shareholders to

8    bring the claims alleged in your Demand Letter (the "Claims")."

9    39.  As the Board has formally refuse to stop lying about the effect

10    of $CO_2$ upon the Atmosphere of the Earth, and it refuses to take legal

11    action against those who are defaming and harming Exon Mobil

12    Corporation by claiming that adding $CO_2$ to the atmosphere is warming

13    the earth, I met the requirements of law to file this Derivative Action

14    against the above Defendants.

15    40.  On May 12, 2020, Judge D.S. Fisher dismissed without

16    prejudice, the above mentioned Derivative Suit as it was not filed by a

17    Member of the Bar, as such I file this suit against the Board of Directors

18    of Exxon Mobil Corporation individually as Pro Se, as is my right under

19    California and New Jersey's Corporations and Business law as a current

20    Stockholder of Exxon Mobil Corporation .

15                                           MASTERS v. EXXON
                                             ORIGINAL

1        **<u>HISTORY OF THE "GREENHOUSE EFFECT":</u>**

2        41.  Ancient people knew that the Sun both illuminated and

3    warmed the earth.  They also knew that fire did the same thing.  Thus,

4    they concluded the Sun must be a fire, but they thought that the visible

5    light emission of the Sun and of fire was what warmed us, they did not

6    know about invisible Infrared Radiation (IR).  However, they knew that

7    the rocks around their fire pit became hot and gave off heat, but did not

8    give off visible light.  This was ancient proof of heat without visible light,

9    suggesting the two were not the same thing.

10       **1800 a.d., Astronomer Sir William Herschel Discovers IR.**

11       42.  It was known to William Herschel, thanks to Sir Isaac

12   Newton's work OPTICS, that the Sun's light was actually made up of

13   colored light which could be viewed with the use of a glass prism.  As it

14   was incorrectly believed at that time that the visible light warmed the

15   earth. Herschel set out to measure how much heat was in each color of

16   light that made up white light.

17       43.  First, he went out in the direct sunlight and used a mercury

18   thermometer to measure how much heat was being sent to the earth's

19   surface by the Sun that day.  Then, he went inside where the south-

20   facing window of his parlor had been boarded up, except for a small slit

MASTERS v. EXXON
                                               ORIGINAL

1    at the bottom where in which Herschel place a Glass prism.  The Sun's

2    rays went into the prism, through it, and out the other side causing a

3    rainbow to strike a white placard on a table in front of the boarded-up

4    window.

5        44.  Herschel then place a mercury thermometer in each of the

6    colored lights measuring the heat in each and compared that

7    measurement to a second thermometer in the room which told him the

8    room's ambient temperature.  When he subtracted the room's ambient

9    temperature from the test temperatures of the colored sunlight he was

10   befuddled.  Nearly all the Sun's heat...was missing!

11       45.  If the visible light did not hold the heat, then Herschel

12   understood his original thesis must have been wrong.  There must be an

13   invisible component of the Sun's radiation and it must possess the heat

14   of the Sun.   Herschel then placed the thermometer just outside of the

15   red light where no visible light could be detected, and there he found it,

16   the Sun's heat.  Herschel had discovered invisible radiation.  Today we

17   call this Infrared Radiation (IR).

18       46.  Skip forward 24 years.  Jean-Baptiste-Joseph Fourier, Frances'

19   Greatest Mathematician, is working on a puzzle of his own error's

20   making.  Fourier was in all respects, a genius mathematician who did

17                                        MASTERS v. EXXON
                                          ORIGINAL

1     revolutionary work studying heat.  But he got a wrong idea fixated into

2     his head.  He believed that glass blocked infrared radiation!!!

3          47.  Yes, that's right, the glass in the glass prism Herschel used to

4     discover Infrared radiation...Fourier held actually blocked IR radiation

5     rather than allowed it to pass through the glass!  How Fourier got this

6     wrong idea no one knows, but like many wrong ideas, it caught on.

7          48.  Obviously, Fourier was wrong.  If glass did block IR then no IR

8     radiation would have entered into Herschel's parlor through the glass

9     prism, and so Herschel would never have discovered IR radiation to

10    begin with.  This simple thought never seemed to enter into Fourier's

11    mind.  His idea that glass blocked IR radiation lead Fourier to ask

12    himself: "If IR cannot pass through the glass of a Greenhouse why does it

13    get hot inside?

14         49.  The Visible light, Fourier declared, passes through the glass

15    striking the interior.  The Visible light warms the interior, is turned into

16    IR radiation and is then emitted out, but it can't pass through the glass

17    and so is trapped inside.  Fourier believed that he had discovered what

18    he called "The Greenhouse Effect"!

19         50.  It would be 84 years before Prof. Robert Wilson Wood

20    scientifically put Fourier's idea of a Greenhouse Effect to the test and

MASTERS v. EXXON
                                                                    ORIGINAL

1   prove him wrong, but by then the idea had become so mainstream that

2   it didn't matter, people still believed it to be true.

3       51.  Today some people still hold that Visible radiation warms the

4   Earth not IR.  This is the primary stance of modern Greenhouse Gas

5   Warming (AGW).  AGW theory holds that the visible light passes safely

6   though the water vapor and CO2 in the atmosphere, hits the ground

7   turns into IR and then is radiated back out, with the same Water Vapor

8   and CO2 now, blocking in the new IR radiation, thus warming the Earth.

9   The IR portion of the sun is insignificant they say the warming is all

10  visible light.

11  **ON THE INFLUENCE OF CARBONIC ACID IN THE AIR UPON**

12  **THE TEMPERATURE OF THE GROUND**.  By Svante Arrhenius.

13  Philosophical Magazine and Journal of Science, Series 5, Volume 41,

14  April 1896, pages 237-276.

15      52.  It is widely, and incorrectly, held that Svante Arrhenius won

16  the Nobel Prize in Physics in 1903 for his above work on Carbon Dioxide

17  and Water Vapor's effects on the transmission of heat.  He in fact won

18  the Nobel Prize in Chemistry

19  *"In recognition of the extraordinary services he has rendered to the*

1    *advancement of chemistry by his electrolytic theory of dissociation.*"

2    Nobel Prize Committee, 1903.

3    53.  It is also widely, and incorrectly said, that in the above work

4    he claimed that $CO^2$ was warming the earth.  He did not say that, in fact,

5    he proved the opposite!  He sowed scientifically in 1896, that $CO^2$ and

6    Water Vapor were cooling the earth by blocking out the Sun's heat.

7    54.  Given the lack of technology in the 19th Century, it was

8    impossible for much of what people believed about the laws that govern

9    the universe to be tested and confirmed.  As such they held to many

10   things that we today know are wrong.  In his paper Arrhenius re-states

11   many of these errors, such as the belief that the IR portion of the Sun's

12   radiation is the lessor part and the visible-light portion is the greater

13   part.  The IR portion is 2800 times larger than the visible part of the

14   Sun's spectrum, and constitutes 52% of the Sun's total radiant energy.

15   He also continues Fourier's belief that visible light warms the earth.

16   Today we know this is wrong, and thanks to Quantum Physics we know

17   why.

18   55.  Not only does Arrhenius not say $CO^2$ is warming the Earth he

19   states the opposite writing on page 240 he states:

20                                                    MASTERS v. EXXON
                                                     ORIGINAL

1    *"The intensity of radiation for any group of rays should always diminish*

2    *with increasing quantity of aqueous vapour or carbonic acid traversed."*

3    While on page 244 of the work he gives his exacting calculations

4    writing:

5    *"If a ray of heat, corresponding to the angel of deviation 39 degrees 45*

6    *minutes passes through the unit of carbonic acid, it decreases in intensity*

7    *in the proportion 1: 0.934 (log= -0.0296), the corresponding value for the*

8    *unit of water-vapour is 1: 0.775 (log= -0.11105)."*

9         56.  Oddly enough, while he notes the much greater effect on heat

10   that water vapor possesses compared to the lessor effect of Carbon

11   dioxide, he writes on page 239:

12   *"The researches of Paschen show that these gases are both very effective,*

13   *so that probably sometimes the one, sometimes the other, may have the*

14   *greater effect according to the circumstances."*

15        57.  Today, satellite technology allows us to know that water

16   vapor is responsible for 66% of the heat absorption in our atmosphere.

17   His paper thus proved Pachen's work was incorrect, yet he seems to

18   have missed this, and yet he calls Langley's work absurd writing on page

19   245:

20   *"Below A is written the relative value of the intensity of radiation for a*

21

1   *given kind of ray in the moonlight after it has traversed K=1 and W-0.3.  In*

2   *some cases, the calculation gives positive values for log x or y.  This is a*

3   *physical absurdity (it would signify that the ray should be strengthened by*

4   *its passage through the absorbing gas.)."*

5       58.  What Arrhenius paper establishes is that the Sun's heat, is

6   being absorbed by the "aqueous vapour" and "carbonic acid" in the

7   atmosphere and so is cooling the Earth not warming it, by blocking out

8   62% the Sun's heat as we today know.  Solar observing Satellites above

9   the Earth's atmosphere tell us the temperature above the atmosphere is,

10   on average, 256 Degrees Fahrenheit (F), versus an average day-time

11   temperature of 71.9 F below the atmosphere.

12       59.  In 1988, then NASA scientist Dr. James Hansen testified before

13   the Congress stating that humans were burning fossil fuels thus adding

14   Carbon-dioxide, a "greenhouse gas", to the atmosphere, and that the

15   added gas was "warming" the Earth by blocking in additional Earth

16   emitted heat.  This in spite of the fact that since 1979, NASA solar

17   observing satellites had been telling us the gases were blocking out

18   2/3rds, 66% of the Sun's radiant heat.

19       60.  This testimony by Dr. Hansen was in many respects the

20   beginning of the Fraud of Greenhouse Gas warming or what is properly

1    called Anthropogenic Carbon-dioxide caused Global Warming (AGW),

2    here in the United States.  The Democrats took up this argument

3    because the coal and oil fields were largely in Republican controlled

4    States and the bankrupting of these industries would deny the

5    Republicans a substantial financing sector.

6         61.  Since the Democratic Party members were controlling the

7    Congressional funding purse, Federal Agencies like: NASA, EPA, and

8    NOAA were forced to aid the Democrats in their fraudulent claims or

9    risk losing funding.  While Individual scientist were forced to agree

10   publicly with the Democrat's fraud or risk losing their jobs, funding and

11   access to Peer Review.

12        62.  I myself was blacklisted and had my papers taken down from

13   Peer Review Journals after criticizing AGW in a Peer Review Journal

14   article.  In my 1997 paper STRETCHED AND NEAR ZERO SPACE-TIME, A

15   NEW MODEL OF GRAVITATION AND BLACK HOLE DYNAMICS, I laid out

16   my discovery of Dark Energy a force that should be causing the Universe

17   to expand at an accelerating rate of speed rather than at Hubble's

18   Constant.  My projection was verified a year later, while in 2011 the

19   Nobel Prize was awarded for my discovery.  However, I was NOT

20   awarded the Nobel Prize for my discovery, nor was I even mentioned at

23                                                    MASTERS v. EXXON
                                                         ORIGINAL

1    the ceremony.  The astronomers who proved my projections correct

2    received my Nobel Prize for the discovery of Dark Energy.  Now, 23

3    years after my paper, my theory is still the only paper explaining the

4    acceleration in the rate of universal expansion, and why the Big Bang

5    happened.

6         63.  My blacklisting for denying AGW has robbed my work of its

7    Primacy, and me the Nobel Prize for the Discovery of Dark Energy.  The

8    actions of The Board in claiming $CO_2$ is warming the planet is a lie that

9    directly harms Exxon Mobil Corporation and my scientific work.   It has

10   led the World Bank to refuse to give loans to fund oil exploration and

11   others to disinvest from Exxon Mobil.  In addition, Exxon Mobile is

12   harassed by civil suits across the Nation and world claiming the

13   Corporation knowingly has defrauded investors such as myself, by

14   hiding information of the warming effect of added $CO_2$ and seeking

15   financial damage for fictitious $CO_2$ based warming.

16                                          **ARGUMENT**

17              **FORAMINIFERA, NATURE'S THERMOMETER.**

18         64.  Forams are single celled, water living creatures that are the

19   size of the period at the end of this sentence.  They were evolved

20   650,000,000 years ago and are found, after 600,000,000 years ago, in all

24                                                        MASTERS v. EXXON
                                                               ORIGINAL

1    aqueous sediment on the planet.  Forams have evolved to live in hot

2    water, cold water, salt water, briny water, brackish water, muddy water,

3    and fresh water.  They have conquered the Earth's watered areas.  More

4    importantly they make shells of calcium-carbonate that survive their

5    deaths as fossils.  These fossil shells remain in the depths until scientists

6    dig them up and examine their chemical make-up for clues to the

7    Climatologic past.

8         65.  Paleo-climatology is the study of ancient climate, and the

9    Foram is its greatest tool.  Since the Foram takes its shell building

10   material from the water itself, the Foram shell is a historical record of

11   the chemical composition of the water at that time.  Today, we know

12   that the chemical composition of water changes with its temperature.

13   However, Forams can not only tell us the temperature of past waters,

14   but also the chemical composition of past atmospheres, and how much

15   ice there was on the Earth at that time.

16        66.  Thanks to Foram shells we have exacting climate and

17   atmospheric data for the past 600,000,000 years.  This should come as

18   quite a surprise to you your Honor.  You have been reading and listening

19   to Liberals lies and talk about AGW for decades and yet none have ever

20   mentioned Forams, this is the first time you have probably ever heard

25

1    the word uttered!  Former Vice President Gore has made two fraudulent

2    films about AGW, and he never mentioned Forams, nor the 600,000,000

3    years of temperature and carbon-dioxide data they provide. The reason

4    for this silence is shown in Exhibit A.

5        **Exhibit A, 600,000,000 YEARS OF FORAM DATA**

6        67.  Exhibit A is a chart showing Forma data for the Past

7    600,000,000 years.  Specifically, it shows the Earth's temperature and

8    the amount of Carbon-dioxide over that time line.

9        68.  Remember in its 5th report the United Nations International

10   Panel on Climate Change (IPCC), state that Carbon-dioxide in the air is

11   responsible for "100%" of the temperature change that the Earth has

12   seen since the end of the Little Ice Age in 1855.  Thus, the Defendants

13   hold that $CO^2$ is the dominant Greenhouse Gas of them all.  Responsible

14   for all current warming.

15       69.  Looking at the Foram data chart for temperature and Carbon-

16   dioxide levels over the past 600,000,000 years, on the far left we can see

17   for the first 300,000,000 years of data we have, the Earth averaged

18   4,000 parts per million (ppm) of Carbon-dioxide, with a high of

19   7,000ppm during the Cambrian Period, and a low of just under 400 ppm

20   (similar to today's levels) during the Carboniferous Period.  There was a

1   long gradual decline in carbon-dioxide in the atmosphere reaching a low

2   during the Carboniferous Period.  However, during much of this decline

3   the Earth sees no change in its temperature.

4           70.  Over the next 300,000,000 years, the Earth averaged

5   1700ppm of carbon-dioxide. Eventually falling to today's levels at just

6   under 400ppm.

7   Only two times in the past 600,000,000 years has the Earth seen

8   temperatures, and only once has the Earth seen carbon-dioxide levels,

9   this low!  At the end of the Ordovician Period, with carbon-dioxide at

10  more than 4,000ppm, temperatures plummeted down to below today's

11  temperatures while carbon-dioxide levels were rising.  Clearly no

12  relationship between carbon-dioxide in the air and temperatures there.

13          71.  This cold snap ended at the start of the Silurian Period,

14  however, as temperatures skyrocketed back to their past norm, carbon-

15  dioxide levels were falling sharply down to 3,000ppm before jumping

16  back up to 4,000 ppm.  No relationship between temperature and

17  carbon-dioxide levels there either.

18          72.  From the Mid-Devonian Period both temperature and carbon-

19  dioxide levels seem to be falling apace of each other, then they break

20  away with temperatures holding steady for over 30,000,000 years while

27                                          MASTERS v. EXXON
                                            ORIGINAL

1   Carbon-dioxide continues its steady drop to today's low levels.  After a

2   30,000,000 year pause in temperature movement, temperatures rapidly

3   fall to below today's temperatures, and remain there for another

4   30,000,000 years.

5        73.  Just after the start of the Permian Period temperatures start

6   to rise then quickly accelerate at the Mid-Permian reaching, at the

7   Permian/Triassic boarder, the second highest temperature spike of the

8   past 600,000,000 years.  However, carbon-dioxide levels remained

9   below 2,000ppm, half that of the historical average for carbon-dioxide.

10   Yet this Permian/Triassic spike in temperatures lasts for millions of

11   years.

12        74.  Temperatures fall back to the average once into the Triassic

13   Period and hold steady for over 50,000,000 years, while carbon-dioxide

14   falls down to only 1,200ppm, then rises back up to 2,000 ppm.

15   However, as carbon-dioxide levels are rising throughout the Mid-

16   Jurassic Period, the Earth sees its third significant drop in temperatures

17   as the Earth enters the Cretaceous.  After some 10,000,000 years at this

18   low in temperature, temperatures start to rise, but carbon-dioxide

19   levels are falling!

28                                            MASTERS v. EXXON
                                                      ORIGINAL

1          75.  Again with carbon-dioxide levels falling from over 2,000ppm

2     to 880ppm, the Earth's temperature holds steady at its historic average

3     for over 50,000,000 years.  Millions of years into the Tertiary Period,

4     with carbon-dioxide levels falling, the Earth sees its highest

5     temperatures, followed by a ragged 50,000,000-year decline in

6     temperature down to today's levels, with the Earth seeing low carbon-

7     dioxide levels for only the second time in the past 600,000,000 years.

8          76.  If there were any link between Earth temperatures and higher

9     carbon-dioxide levels as claimed by the Defendants, then the highest

10    temperatures would have occurred during the Cambrian Period when

11    carbon-dioxide levels were always over 5,000ppm, not during low levels

12    of carbon-dioxide as we see occurring in Permian/Triassic boarder and

13    in the Tertiary Period.  The Earth has been this cool only three times in

14    the past 600,000,000 years and, in two of these cool periods there was

15    low carbon-dioxide levels, but not in the first low temperature period at

16    the end of the Ordovician Period where carbon-dioxide was over

17    4,000ppm.

18    The highest Earth temperatures are seen during historically low carbon-

19    dioxide level periods not during the highest carbon-dioxide levels.

29                                              MASTERS v. EXXON
                                                    ORIGINAL

1    77.  The Forma data clearly shows that there is no identifiable

2    relationship between carbon-dioxide in the atmosphere and higher

3    Earth temperatures over the past 600,000,000 years to support the

4    claim of a carbon-dioxide link with higher temperatures.  The Earth has

5    held its average temperature with 7,000 ppm carbon-dioxide and with

6    only 500ppm.  Obviously if carbon-dioxide was as powerful as the IPCC

7    says it is, to be responsible for 100% of temperature change we are

8    seeing since the end of the Little Ice Age, then we should see a clear

9    relationship throughout Earth's climatologic history between carbon-

10   dioxide levels and Earth temperature, yet we see none.  Earth

11   temperatures historically moved with indifference to, or in opposition

12   to carbon-dioxide levels throughout much of the history that we have

13   data for.  With no historical link to be seen over the past 600,000,000

14   years, it is un-scientific and fraudulent to claim that there is a statistical

15   link over the last 150 years.  The Liberals are cherry picking the last 150

16   years to make their point while ignoring the past 600,000,000 years

17   that prove them wrong.

18       78.  **MILANKOVITCH CYCLES, WHY WE ARE GETTING HOT.**

19   Milutin Milankovitch was a Serbian genius Mathematician and

20   Astronomer born at the end of the 19 the century.   It was he who first

30                                                      MASTERS v. EXXON
                                                              ORIGINAL

1    notice that there were three distinct cycles throughout Earth's climatic

2    past.  He was the first to understand that these periods were based upon

3    the Earth's tilt, precession, and orbit.  Important for our discussion here

4    is the last of these cycles, the orbital cycle Milankovitch named the

5    "Eccentric Cycle".

6            79.  The Earth, as you no doubt have heard, will in 4.5 billion years

7    from now, drift off from the Sun never to return to it.  The Earth's orbit

8    around the Sun is decaying.  Each year the Earth gets a little farther

9    from the sun.  However, it is not decaying gradually as you might think.

10   The Earth's orbit around the Sun has a wobble in it.  Over a 100,000-

11   year Earth cycle, the Earth goes from having a near circular orbit around

12   the Sun, to an elongated one, then it goes back to a near circular orbit.

13   At the furthest point the Earth is calculated to be 2.78 million miles

14   farther from the Sun.  The Earth thus has an Ice Age every 100,000 years

15   when it is at its furthest distance from the Sun.  For 50,000 years the

16   Earth wobbles away from the sun an cools into an Ice Age, then the

17   Earth wobbles back towards the Sun and warms for the next 50,000

18   years.

19           80.  Current scientific estimates state that the Earth has been

20   moving closer to the Sun for the past 45,000 years, and will continue to

31                                                              MASTERS v. EXXON
                                                                ORIGINAL

1    get closer to the sun, and so warm up, for the next 5,000 years.  As the

2    Earth warms there is less and less cold areas to absorb the increasing

3    heat and so the rate at which the Earth warms increases as the

4    dwindling cold areas are overwhelmed by the increasing warmth of the

5    Earth.

6         81.   During the Little Ice Age, the Earth continued to get closer to

7    the Sun but the Sun was in a solar Minimum, reaching its trough during

8    the Maunder Minimum (1645 - 1715).  The Sun was putting out less

9    heat and light, so there was no increase in warmth for the entire 400

10   year long Little Ice Age.  When the Little Ice Age ended, the Sun returned

11   to its usual output, but the Earth was now 400 years closer to the Sun,

12   so the Earth got a big increase in solar radiation dumped on it all at

13   once.  At first the increased ice and snow left over from the Little Ice Age

14   absorbed that added warmth, but over the century that ice and snow

15   melted and the heat started to get the upper hand.  In 1971, the National

16   Oceanographic and Atmospheric Administration announced that the

17   surface water temperature in the North Atlantic rose for the first time

18   since humans started to keep records.  The North Atlantic had used up

19   its extra cold left over from the Little Ice Age and now would start to

20   warm noticeably, leading to greater ice melt in the Arctic as North

MASTERS v. EXXON
ORIGINAL

1    Atlantic waters flowed northward bring its new warm surface waters

2    into that region.

3         82.  All scientists know these things, they know there is nothing

4    that can be done to stop the Earth from warming over the next 5,000

5    years, we are going to go back to where the Earth was during the last

6    interglacial age when the sea level was 22 to 24 feet higher than today

7    and Greenland was completely free of ice.  This future cannot be altered,

8    that the Liberals say that it can is a lie, and they know it.  The Earth is

9    warming, it has happened numerous times before and it will happen

10   long after the human race is dead.  The Earth's orbital dynamics cannot

11   be changed.  The Liberals lie to raise donations for their Political party,

12   and to further their own careers, in violation of the laws and their

13   positions of trust and to extort Exxon Mobil.

14        83.  **THE OPACITY OF THE EARTH'S ATMOSPHERE**

15   Exhibit B is NASA's chart showing the Earth's Atmospheric Opacity.

16   It tells us what wavebands are being blocked out by the atmosphere and

17   by what percentage they are being blocked out.  On the Far left of

18   NASA's chart we see that 100% of the Gamma Rays and X-Rays are

19   blocked out while 70% of the UV wavebands are blocked out.

33                                              MASTERS v. EXXON
                                                ORIGINAL

1    84. 11% to 7% of the visible light is blocked out by the

2    atmosphere, while to the right of the rainbow of visible light we see that

3    over 60% of the Near Infrared (0.8 microns to 8 microns), are blocked

4    by the atmosphere.

5    To the right of the Near IR, is the Mid-Infrared (8 microns to 40

6    microns). Only 1/3rd of this heat is blocked out by the atmosphere,

7    2/3rds make it to the surface. This Mid-IR range is known as the "Water

8    Vapor Window". Water vapor is the most powerful of the insulating

9    gases but is very poor at absorbing IR radiation of this Mid-IR waveband

10   range. Given the Water Vapor Window, the Earth primarily radiates in

11   the Mid IR wavebands with its heat emissions peaking at 12 microns.

12   This peak is very important due to the fact that Carbon-dioxide's peak

13   absorption is at 12 to 15 microns! Right where water vapor is the

14   leased effective, Carbon-dioxide is the most effective at absorbing

15   Infrared photons.

16   85. Exhibit C is a NASA chart showing the outgoing Earth emitted

17   heat in blue above the corresponding incoming Sun heat reaching the

18   Earth's surface as registered by NASA ground stations. As can be seen

19   the outgoing heat is identical in waveband and amplitude to the

20   incoming Sun heat. Proving once again, the Law of Conservation of

34

1    Energy is at work. What comes in, goes out, all energy is Conserved. If

2    as the Liberals claim Visible light was turning magically into IR

3    radiation, then the amount of IR leaving the Earth would be

4    substantially greater than that amount that enters, yet NASA instrument

5    show there is no difference in the exiting IR radiation from the entering

6    IR radiation. This proves the Defendants are lying.

7         86. Continuing with the chart in Exhibit B, to the right of the Mid

8    IR is the Far-IR. Over 90% of this is blocked out by the atmosphere, as

9    well as most of the Microwave radiation to its right.

10   To the right of the Microwave bands is the AM/FM radio-waves. Only

11   the AM and FM bands of radio-waves make it to the Earth's surface

12   without blockage. While the Long Radio-waves to the right of the

13   AM/FM bands are completely blocked out like the Gamma Rays on the

14   far-left side of the Chart. These percentile figures showing the blockage

15   of incoming Solar Radiation are based upon the current amount of gases

16   in the air now.  If we increase or decrease the amount of any gases in

17   the atmosphere, then the total amount of Solar radiation making its way

18   to the Earth will also change accordingly.

19   ///

20   ///

35                                    MASTERS v. EXXON
                                      ORIGINAL

1          **INSULATING GASES, WHAT THEY DO FOR YOU**

2          87.  The alleged "Greenhouse Gases" are thermally insulating

3     gases.  This means that these atoms and molecules absorb Infrared

4     photons, or radiant heat.   We all learned in school that the sky is blue

5     because the Nitrogen and Oxygen in our sky absorbs and scatters the

6     blue photons.  Different atoms absorb different wavebands of light, but

7     all of the insulating gases absorb the Infrared (IR), radiant heat photons.

8          88.  Half of the Sun's energy output is in the form of Infrared heat

9     radiation.  The Sun's output peaks at a frequency of 880 nanometers

10    (0.88 microns), inside the Infrared wave range (.8 to 1,000 microns).

11    However, you have probably been told by the Liberals that the Sun's

12    output peaks at a wavelength of 550 nanometers inside the visible

13    range!  And it does, kinda.

14          89.  The Defendants use "wavelength" rather than "frequency" so

15    as to mislead the general public who are unaware of the significance and

16    meaning of the two words.  If you look at the energy contained in only

17    one photon emitted by the Sun in each waveband the Sun radiates in,

18    the Photon at 550 nanometers has more energy than any other photon.

19    However, the solar energy received by the Earth is not dependant on

20    only one photon, it is dependant upon all the photons that arrive at the

36                                                        MASTERS v. EXXON
                                                              ORIGINAL

1  Earth.  Frequency tells us how often a photon of a particular wavelength

2  reaches the Earth versus other photons of other wavelengths. Since

3  Visible light is found in a tiny area from 400 nanometers to 800

4  nanometers.  The Sun doesn't produce many visible light photons.  The

5  Infrared waveband range, however, is 2,800 times larger than visible

6  light's waveband range. So, while each visible light photon has more

7  energy than any one of the IR photons, the Sun makes a lot more IR

8  photons.  This causes the IR range to deliver more energy to the Earth's

9  surface than the more energetic, but much fewer visible light photons.

10      90.  Obviously, since half of the Sun's energy output is in the IR,

11  half of the radiant energy that reaches the Earth's surface after filtration

12  by the Atmosphere is also IR radiation.  So how does IR radiation warm

13  the Earth?

14                    **THE QUANTUM VIBRATIONAL STATE.**

15      91.  IR photons have energies from 0.001 electron Volts (eV) to

16  1.7 eV.  Photons within this energy range, when absorbed by an atom or

17  molecule, changes the atom's Quantum Vibrational State.  This is

18  important because the rate of an atom's vibration, how fast it vibrates, is

19  its heat energy.  The faster an atom vibrates the hotter it is.  The slower

20  the atom vibrates the cooler it is.

37

1       92.  When visible light photons (photons with energy greater than

2    1.7 eV), are absorbed they don't change the rate of vibration, rather they

3    change the Quantum Energy State.  This leads to an electron in an inner

4    orbit, circling the nucleus of the atom, to jump to a higher orbit.  This

5    does create some movement and so some slight warming, but no

6    significant heat is produced by it.  The most obvious example of this

7    difference between IR and Visible light's ability to create heat is in the

8    EASYBAKE OVEN.

9            THE QUANTUM PHYSICS OF THE EASYBAKE OVEN

10      93.  Since the 1950's the EASYBAKE OVEN used a 100-watt

11    incandescent light bulb to create the heat it needed to cook its mini-

12    cookies and muffins, and cakes.  According to the Environmental

13    Protection Agency, incandescent light bulbs only emit 10% of their

14    energy as visible light while 90% is emitted as invisible infrared heat.

15    However, these incandescent bulbs have been phased out in favor of

16    more efficient, brighter, cooler Florescent and LED light bulbs.  These

17    bulbs put out a great deal more visible light photons, but much less IR

18    photons.  As such they cannot produce the change in the Quantum

19    Vibrational State needed to bake a mini cookie in the EASYBAKE OVEN.

20    The manufacturer of the EASYBAKE OVEN has been forced to resorted

1    to installing an electrical heating element, like the ones found in electric

2    ovens, to produce the heat needed to bake with their toy oven now.

3                         **ABSORBTION OF SUN HEAT.**

4           94.  As the Sun's radiant heat photons travel through the vacuum

5    of space, they finally reach the Earth's outer atmosphere.  As the IR

6    photons pass through the atmosphere they are absorbed by the

7    insulating gases, mostly water vapor and carbon-dioxide.  After

8    absorbing the photons, the atoms emit them out.  When an atom emits a

9    photon, it is emitted out randomly, the direction of the photons original

10   path is irrelevant.  The Law of Conservation of Momentum doesn't apply

11   to quanta, which photons are.  Thus, each atom emits photons like a

12   little sun, in every direction.  Some of these photons will go down and

13   hit the Earth's surface warming it, but most, 2/3rds, will be cast back

14   out into space, blocked from reaching and warming the Earth.  With no

15   atmosphere, all these photons would all reach the Earth and warm it

16   like the Moon.

17          95.  The Moon has no atmosphere and its daytime temperature at

18   noon on its equator is 256 degrees, versus an average daytime

19   temperature of 71.9 degrees for the Earth.  Most of the Sun's heat, as

20   NASA satellites tell us, is absorbed and blocked out by the insulating

39                                         MASTERS v. EXXON
                                                ORIGINAL

1   gases in the Earth's atmosphere, the water vapor and carbon-dioxide.

2   While the Moon, with no atmosphere, gets struck with the full force and

3   fury of the Sun's total radiant output.  The Earth, therefore, is protected

4   by a gaseous parasol of insulating gas molecules and has water and

5   abundant life, while the Moon is baked dry, barren of water and life.

6        96.  How much of this heat is kept out is a simple mathematical

7   formula.  The Max Planck Institute has worked out that one atom can

8   absorb and emit one photon in 100 attoseconds, that's one quintillionth

9   of a second.  So, in one second one carbon-dioxide molecule can absorb

10  and then emit out one quintillion photons.  1/3rd of these will be

11  emitted out in the direction of the Earth, while 2/3rds will get sent back

12  out into space.  So, simply put, if we remove one molecule of carbon-

13  dioxide, that's one quintillion more heat IR photons per second that can

14  make it to the Earth, as that carbon-dioxide molecule won't be there to

15  absorb them and block out 2/3rds of them.  However, if we add more

16  atoms of insulating carbon-dioxide, each additional molecule will

17  absorb one quintillion more heat photons from the Sun each second,

18  with 2/3rds of them being emitted back out into space, blocked from

19  reaching the Earth by the additional carbon-dioxide molecules.

MASTERS v. EXXON
ORIGINAL

1          97.  With fewer heat photons reaching the Earth the Earth's

2     surface temperature will be lower.  With a reduction in the Earth's

3     temperature, the Earth will give off less heat for the Greenhouse Effect

4     to trap in, and so the Greenhouse Effect will fall.

5                              **YOUR OVEN AS A SUN**

6          98.  Let's look at your home's oven and how it is like our Earth

7     and its insulating Atmosphere.  The oven in your home is a box of strong

8     insulation wrapped around a heating element or burner, plus some

9     racks for setting your food upon.   The heat in your oven comes from

10    inside the oven.  The insulation in your oven is there to keep the heat

11    inside the oven where the food is.  This is why the oven works.

12         99.  The Earth's heating element however, is not inside the

13    insulating gases in our atmosphere, it is outside the insulating gases.

14    Let's do the same thing with your oven.  Take out the heating element

15    and put it in front of the oven door, and turn it on.  How long will it take

16    your meal to cook now with the heat outside the oven, outside the

17    insulation?  Did you say never?  You are correct.  With the heater

18    outside the oven's insulation, now the insulation is not keeping the heat

19    inside the oven, it's keeping the heat outside of the oven.   Insulation

20    keeps heat from crossing the insulating barrier and getting to the other

41                                              MASTERS v. EXXON
                                                     ORIGINAL

1    side of the insulation.  Your oven will be at 350 degrees but your kitchen

2    won't, because the insulation prevents the heat from getting from inside

3    your oven into your kitchen.  But take out the heater and put it outside

4    the insulation of the oven, and the insulation now keeps the burner's

5    heat from getting inside your oven at your meal and cooking it.

6        100.  The Primary role of the insulating gases surrounding the

7    Earth is the same, they keep two-thirds of the Sun's heat from crossing

8    the insulating barrier, thus keeping the Earth from reaching the same

9    256 degrees the Moon does because it has no atmosphere.  Just like your

10   home, more insulation will keep out more heat, and less insulation will

11   keep out less heat.  More Carbon-dioxide, or any other insulating gas,

12   put into the atmosphere will keep out more Sun heat and cool the Earth.

13                **WHAT IS THE REAL GREENHOUSE EFFECT?**

14       101.  All things when warmed above absolute zero degrees Kelvin,

15   will give off some infrared radiant energy.  On the Earth, when the Earth

16   absorbs the Sun's morning heat, it warms up and then it radiates out

17   heat in the infrared (note the Earth has to be warmed by the Sun's heat

18   BEFORE it can give off any heat itself).  This Earth emitted heat travels

19   upward and like the Sun's incoming heat photons, are absorbed by the

20   insulating gases in the air.  When the insulating gas emits the IR photons

MASTERS v. EXXON
                                                          ORIGINAL

1    out, they get emitted out in all directions just like the incoming Sun heat,

2    so 2/3rds of those absorbed photons are emitted out into space, while

3    1/3rd is redirected back at the Earth!  This Earth emitted heat returning

4    to the Earth's surface by the insulating gases in the atmosphere is in

5    addition to the Sun heat that makes it through the atmosphere.  This

6    reflected Earth heat currently adds over 60 watts per meter square to

7    the heat from the Sun, increasing the heat the Earth gets.  This

8    additional 60 watts of heat is the Greenhouse Effect heat.

9                            **THE STEFAN-BOLTZMANN LAW.**

10          102.  Now that we understand the workings of insulating gases

11   and the Greenhouse Effect, and what they do, the question is what effect

12   will more carbon-dioxide heat blocking gas have on the Greenhouse

13   Effect?  The Liberals and The Board claim that more carbon-dioxide will

14   cause the Greenhouse Effect to rise, but how can we tell?  We can tell

15   because of Josef Stefan who discovered the constant named after him

16   "Stefan's Constant".  This constant, as part of the Stefan-Boltzmann Law

17   tells us exactly how much heat will be given off by any mass that is

18   warmed to a known temperature, and so it tells us what the Greenhouse

19   Effect will be.

43                                                          MASTERS v. EXXON
                                                            ORIGINAL

1     103.  The Stefan-Boltzmann Law tells us that the amount of heat a

2   mass will give off is equal to its absolute temperature (that's

3   temperature measured in degrees Kelvin), taken to the temperature's

4   Forth Power!  This means that any time the temperature changes, the

5   emitted heat will change by the fourth power of the change in

6   temperature.  For example, let us raise the amount of carbon-dioxide in

7   outer atmosphere so that it becomes 1% more efficient an insulator.

8   This means the Earth will get 1% fewer heat photons to warm it,

9   dropping the Earth's temperature by 1%.  For that one percent drop in

10   temperature, the Earth will emit -4% less heat off its surface.

11     104.  The Earth, with more Carbon-dioxide in our example here, is

12   1% more efficient at keeping heat in, but there is -4% less heat to keep

13   in.  Thus, the Greenhouse Effect will fall by -3%.  The 1% rise in

14   efficiency will only off-set 1% of the drop in Earth emitted heat, leaving

15   a Net -3% drop in the Greenhouse Effect.  A 2% drop in temperature will

16   cause a -16% drop in emitted heat (2 x 2 x 2 x 2= 16), a 3% drop in

17   temperature will cause an -81% drop in radiated heat off the earth,

18   while a 4% drop in temperature will cause -256% drop in radiated heat

19   off the earth!

20   ///

44                                              MASTERS v. EXXON
                                                 ORIGINAL

1          **CLOUDS, THEY ARE INSULATORS TOO YOU KNOW**

2          105.  The most obvious example of this cooling effect brought on

3   by the Stefan-Boltzmann Law are Clouds!  Clouds are made of the most

4   powerful insulating gas of them all, water vapor.  When the sky is filled

5   with clouds it doesn't get warmer does it?  It is true, Clouds are 100,000

6   times more insulating than carbon-dioxide gas, but that means clouds

7   block out 100,000 times more Sun heat than carbon-dioxide gas.  If the

8   Sun's heat never reaches the Earth's surface, the Earth cannot warm up.

9   If the Earth doesn't get warm it won't give off IR radiation for the

10  Greenhouse Effect to trap in, ergo no Greenhouse Effect!

11         106.  Clouds, like CO2, absorb IR radiation preventing it from

12  reaching the earth's surface.  In doing that the clouds destroy the

13  greenhouse effect by stopping the earth's surface from getting hot to

14  begin with.  $CO^2$ is not as powerful an absorber of heat as water vapor,

15  but it does the same thing, just not as well.  $CO^2$ cools the earth by

16  blocking out the sun's heat.  This was scientifically established By

17  Arrhenius in 1896, and scientifically proven by modern satellite data in

18  1979 and thereafter.

19  ///

20  ///

MASTERS v. EXXON
                                                                ORIGINAL

1                                **SUMMATION**

2           107.  The Board has been knowingly lying about the effects of

3 insulating gases on temperature of the earth harming Exxon Mobil

4 Corporation.  The Board is and has been are lying in violation of their

5 fiduciary duties to the shareholders.  It is well known to The Board that

6 Clouds, which are made of water vapor (an insulating "greenhouse gas"

7 as they prefer to call it), cools the Earth by blocking out the Sun's heat.

8 All insulating gases, as The Board knows, or should know, do the same

9 thing as water vapor, only not as well as water vapor does it.  The Board

10 knows, or should know, that carbon-dioxide blocks out Sun heat cooling

11 the Earth and that more carbon-dioxide in the atmosphere will cool the

12 Earth more.  The Board may not know the specific natural laws that

13 govern these processes, but if they speak it is their duty to be sure they

14 are speaking correctly, and so may not declare that their ignorance of

15 Physics protects them from their responsibility for the harm they are

16 causing to Exxon Mobil Corporation and its employees, who do not

17 make their multi-million dollar salaries.

18                           **RELIEF REQUESTED**

19          108.  An order of the Court ordering that:

46                                        **MASTERS v. EXXON**
                                               **ORIGINAL**

1     A. The Board of Directors of Exxon Mobil be relieved of their

2         positions on the Board for acts in Breach of their Trust and of

3         Bad Faith.

4     B. The Legal Department of Exxon Mobil be ordered to begin

5         earnestly defending Exxon Mobil Corporation from these false

6         claims of $CO^2$ warming made by every party making them, and

7         requesting financial payments for damages from those

8         persons, including payments from the current Members of the

9         Board of Exxon Mobil.

10    C.  An independent, temporary Board or Directors be created to

11        run Exxon Mobil while a new Board of Directors is named.

12    D. The Board members make public statements, is such a manner

13        and recurrence so as to assure that those who have heard their

14        false statements in the past, are fully informed of the fact that

15        they admit to having lied about the role of $CO^2$ gas in the

16        warming of the planet, and that AGW is wrong; And publicly

17        apologize to Exxon Mobil for the harm that they have caused to

18        Exxon Mobil and its workers.

19    E. The Board, and all employees of Exxon Mobil Corp. and all

20        other person they may supervise or represent, cease and desist

47                                      MASTERS v. EXXON

1    making these false statements regarding "climate change and

2    $CO_2$'s role in it.

3    F. The Board see to it that all such fraudulent claims made by

4    them are removed from all media of their generation, and to

5    request all other media, not created by them, but which use

6    their statements or repeat their statements and claims on that

7    media platform, to remove such media.  And to seek a legal

8    order forcing the removal of such media from 3rd party media

9    platforms should that 3rd Party refuse to remove such media

10   from their platform voluntarilly.

11

12   Date Signed: <u>August 19, 2020</u>

13                                    William A. Masters, II

14                                    Plaintiff in Pro Se







